IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Jacquelyn Mazzucca,**<br>　　　**Plaintiff,**<br><br>　　v.<br><br>**City of Philadelphia, Philadelphia Police Officer Michael Blatchford, John Doe, and Jane Doe,**<br><br>　　**Defendants.** | **CIVIL ACTION**<br><br>**NO. 16-4777** |

## O R D E R

**AND NOW**, this 22nd day of December 2016, for the reasons set forth in the accompanying memorandum, after review of documents ECF 4, ECF 5, and ECF 6, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 5) is **GRANTED** without prejudice as to the City of Philadelphia and **DENIED** as to Officer Michael Blatchford. Counts 1, 3, and 6 as they relate to the City of Philadelphia are therefore **DISMISSED** without prejudice. All other claims remain.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 16\16-4777 Mazzucca v. City of Phila\Order - Motion to Dismiss.docx